IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CARROLLE DONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NUMBER: 1:12-CV-43(WLS) |
| TODD KIRKLAND, in his ) | |
| Individual capacity, and ) | |
| ROBERT SNIDER, in his ) | |
| Individual capacity ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate to the dismissal of this action, **WITH PREJUDICE,** with each party to bear that party's own costs in accordance with the Settlement Agreement and General Release executed contemporaneously herewith.

**SO STIPULATED,** this 16 day of July, 2012.

G. Brian Spears, Esq (Ga. Bar No. 670112)
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306
Telephone:   (404) 872-7086
Facsimile:   (404) 892-1128
Email:         bspears@mindspring.com
Attorney for Plaintiff

Raleigh W. Rollins (Ga. Bar No. 613860)
411 Gordon Avenue
Thomasville, Georgia 31792
Telephone:   (229) 226-2565
Facsimile:   (229) 228-0444
Email:         rrollins@alexandervann.com
Attorney for Defendants